**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| TINIA BUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.   1:10-cv-3173 |
| | ) |
| ASSET ACCEPTANCE, LLC, | ) **STIPULATION OF DISMISSAL** |
| | ) |
| Defendant. | ) |

Now come the Plaintiff, TINIA BUSH, and the Defendant, ASSET ACCEPTANCE, LLC, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Mitchel E. Luxenburg (29092) | Christopher I. Moylan (23172) |
| Attorney for Plaintiff | Attorney for Defendant |
| Luxenburg & Levin, LLC | Asset Acceptance, LLC |
| 23875 Commerce Park | 53 Loveton Circle |
| Suite 105 | Suite 110 |
| Beachwood, OH 44122 | Sparks, MD 21152 |
| (888) 493-0770, ext. 301 (phone) | (443) 212-1005 (phone) |
| (866) 551-7791 (facsimile) | (443) 212-1007 (fax) |
| mitch@luxenburglevin.com | cmoylan@assetacceptance.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                /s/
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff'
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
Mitch@ LuxenburgLevin.com